## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 1791(a)(2) |
| | ) | Possession of Contraband in Prison |
| EDWARD DOOLEY | ) | |

### THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
*Possession of Contraband in Prison*
18 U.S.C. § 1791(a)(2)

On or about July 11, 2018, in Wayne County, within the Southern District of Georgia, the defendant,

**EDWARD DOOLEY,**

an inmate of FCI Jesup, a federal correctional facility, knowingly possessed a prohibited object, to wit: a tattoo needle, which is an object that threatens the order, discipline, and security of the prison and the life, health and safety of an individual.

All in violation of Title 18, United States Code, Section 1791(a)(2).

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

_____
Jennifer G. Solari
Deputy Chief, Criminal Division